| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Frank Rideau | 7/27/1966 | AR | Eastern District of Arkansas | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 2 | Gary Riggins | 10/24/1946 | AL | Northern District of Alabama | No | Northeast Alabama Water System (AL0001422) | No | Kidney Cancer | 1-9 |
| 3 | Ted A. Riley | 9/1/1972 | SC | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Kidney Cancer | 1-9 |
| 4 | Trevor Rippetoe | 10/7/1966 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 5 | Angel Rivera | 5/7/1953 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Ulcerative Colitis | 1-9 |
| 6 | Linda Robbins | 12/19/1959 | NC | Eastern District of North Carolina | No | City Of Rocky Mount (NC0464010) | No | Kidney Cancer | 1-9 |
| 7 | Laura Roberto | 8/12/1991 | TX | Eastern District of Texas | No | MOA Municipality of Anchorage (AK2210906) | No | Ulcerative Colitis | 1-9 |
| 8 | Jon Roberts | 10/25/1954 | AL | Western District of Kentucky | No | Fort Campbell (KY0241001) | No | Kidney Cancer | 1-9 |
| 9 | Norman Robinson Sr. | 2/18/1949 | NC | Eastern District of North Carolina | No | Aberdeen, Town Of (NC0363020) | No | Liver Cancer | 1-9 |
| 10 | Josue Robledo | 5/27/1993 | CA | Eastern District of California | No | California Water Service - Bakersfield (CA1510003) | No | Ulcerative Colitis | 1-9 |
| 11 | Susan Rodgers | 9/26/1971 | OH | Northern District of Illinois | No | Chicago (IL0316000) | No | Kidney Cancer | 1-9 |
| 12 | Barbara Rogers | 2/27/1950 | OK | Northern District of Oklahoma | No | Broken Arrow Municipal Authority (OK1021508) | No | Kidney Cancer | 1-9 |
| 13 | Claudia Romero | 4/19/1981 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 14 | Pamela Rooks | 5/4/1957 | NC | Eastern District of North Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Kidney Cancer | 1-9 |
| 15 | Michael Rose | 6/9/1981 | OR | District of Oregon | No | Merrill Water Department (OR4100518) | No | Testicular Cancer | 1-9 |
| 16 | Geraldine Rotondi | 11/26/1947 | NJ | District of New Jersey | No | Garfield Water Department (NJ0221001) | No | Kidney Cancer | 1-9 |
| 17 | Jessica Ruiz | 2/22/1988 | FL | Southern District of Florida | No | City Of Pembroke Pines (FL4061083) | No | Ulcerative Colitis | 1-9 |
| 18 | Austin Rupert | 6/18/1996 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Patrick Safyanov | 2/25/1997 | AL | Northern District of Alabama | No | Irondale Water System (AL0000751) | No | Ulcerative Colitis | 1-9 |
| 20 | Angie Salcedo | 9/1/1951 | CA | Eastern District of California | No | Truckee Meadows Water Authority (NV0000190) | No | Kidney Cancer | 1-9 |
| 21 | Haroon Samnani | 8/18/1983 | FL | District of Connecticut | No | East Lyme Water & Sewer Commission (CT0450011) | No | Ulcerative Colitis | 1-9 |
| 22 | Joseph Sampson | 8/4/1999 | UT | District of Utah | No | Waterpro Inc (UTAH18006) | No | Testicular Cancer | 1-9 |
| 23 | Irene Sanchez | 9/1/1951 | CA | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 24 | Chris Sanspree | 4/20/1972 | AL | Middle District of Alabama | No | Montgomery Water Works (AL0001070) | No | Testicular Cancer | 1-9 |
| 25 | Remberto Santos | 6/4/1963 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 26 | Keith Savage | 8/6/1975 | MA | District of Massachusetts | No | North Chelmsford Water District (MA3056002) | No | Testicular Cancer | 1-9 |
| 27 | Karen Savoie | 3/13/1965 | MA | District of Massachusetts | No | Abington/Rockland Joint Water Works (MA4001000) | No | Kidney Cancer | 1-9 |
| 28 | Anthony Scarsciotti | 6/7/1971 | CA | Southern District of California | No | City of Orange (CA3010027) | No | Kidney Cancer | 1-9 |
| 29 | Joy Schneider | 5/31/1979 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Ulcerative Colitis | 1-9 |
| 30 | Sonia J. Schneider | 11/12/1974 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Ulcerative Colitis | 1-9 |
| 31 | Denise Schultz | 9/20/1959 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 32 | Tara Schultz | 8/17/1972 | TN | Eastern District of Tennessee | No | Savannah Valley U.D. (TN0000613) | No | Kidney Cancer | 1-9 |
| 33 | Michael Scott | 2/4/1980 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 34 | Joseph Seftner | 12/25/1954 | NC | Eastern District of North Carolina | No | Town Of Cary (NC0392020) | No | Kidney Cancer | 1-9 |
| 35 | Meghan Sellars | 7/7/1987 | OR | District of Oregon | No | Bend Water Department (OR4100100) | No | Ulcerative Colitis | 1-9 |
| 36 | Talmadge Seymore III | 8/7/1967 | PA | Eastern District of Pennsylvania | No | Winslow Township DMU (NJ0436007) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 37 | Wanda Shafarsky | 10/26/1963 | NJ | District of New Jersey | No | Garfield Water Department (NJ0221001) | No | Ulcerative Colitis | 1-9 |
| 38 | Gabriel Shaner | 3/7/1999 | SC | District of South Carolina | No | Folly Beach City Of (1010005) (SC1010005) | No | Testicular Cancer | 1-9 |
| 39 | Richard L. Shaw | 12/9/1932 | NJ | District of New Jersey | No | Veolia Water New Jersey - Toms River (NJ1507005) | No | Kidney Cancer | 1-9 |
| 40 | Darryl Sherman | 1/24/1975 | NY | Southern District of New York | No | Washington Suburban Sanitary Commission (MD0150005) | No | Ulcerative Colitis | 1-9 |
| 41 | Daniel Shields | 4/24/1987 | NC | Eastern District of North Carolina | No | Greenville Utilities Commission (NC0474010) | No | Ulcerative Colitis | 1-9 |
| 42 | Nicole Shimborski | 8/6/1979 | NY | Eastern District of New York | No | Town Of Hempstead Water Department (NY2900000) | No | Ulcerative Colitis | 1-9 |
| 43 | Devarian Shipman | 11/16/1980 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Ulcerative Colitis | 1-9 |
| 44 | Vicki Shockley | 9/13/1950 | GA | Middle District of Georgia | No | Clayton County Water Authority (GA0630000) | No | Kidney Cancer | 1-9 |
| 45 | John Short | 10/18/1964 | NJ | District of New Jersey | No | Charlotte County Utilities (FL5084100) | No | Kidney Cancer | 1-9 |
| 46 | Andrew Sikorski | 11/16/1981 | NJ | District of New Jersey | No | West Caldwell Water Department (NJ0721001) | No | Ulcerative Colitis | 1-9 |
| 47 | Rene Silva | 6/20/1964 | AL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 48 | Glenda Fay Silvers | 9/19/1950 | GA | Northern District of Georgia | No | City of Calhoun (GA1290000) | No | Kidney Cancer | 1-9 |
| 49 | Dan Simionescu | 12/9/1979 | FL | Northern District of Illinois | No | City of Niles (IL0312010) | No | Testicular Cancer | 1-9 |
| 50 | James Simmerman | 6/29/1961 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 51 | Darlene Simms | 12/28/1979 | CA | Central District of California | No | Bellflower - Somerset MWC (CA1910013) | No | Ulcerative Colitis | 1-9 |
| 52 | James Simon Jr | 5/28/1976 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 53 | Stephanie Sindberg | 11/30/1986 | OR | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 54 | Debra Skaltsis | 9/17/1955 | MA | District of Massachusetts | No | Rollinsford Water Sewer District (NH2011010) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Noah Smelser | 5/6/2000 | IN | Southern District of Indiana | No | Anderson Water Department (IN5248002) | No | Testicular Cancer | 1-9 |
| 56 | Craig Smillie | 5/18/1984 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Testicular Cancer | 1-9 |
| 57 | Ashley Smith | 4/4/1983 | FL | Southern District of Florida | No | City of Fort Lauderdale (FL4060486) | No | Ulcerative Colitis | 1-9 |
| 58 | Chelsie Smith | 2/7/1989 | OH | Central District of California | No | City of Santa Ana (CA3010038) | No | Kidney Cancer | 1-9 |
| 59 | Devon Smith | 10/26/1959 | FL | Middle District of Florida | No | Lake Worth Beach Utilities (FL4500773) | No | Kidney Cancer | 1-9 |
| 60 | Diamond Smith | 8/30/1993 | IL | Northern District of Illinois | No | City of Fresno (CA1010007) | No | Ulcerative Colitis | 1-9 |
| 61 | Jeremy Duane Smith | 11/3/1977 | AL | Northern District of Alabama | No | Warrior River Water Authority (AL0000763) | No | Testicular Cancer | 1-9 |
| 62 | Jessica Ann Smith | 7/5/1985 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 63 | Lorna Smith | 11/10/1954 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 64 | Michael W. Smith | 11/7/1980 | TX | Eastern District of Texas | No | City Of Livingston, TX (TX1870002) | No | Kidney Cancer | 1-9 |
| 65 | Raven Nicole Smith | 9/23/1978 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 66 | Frances Somoza | 8/4/1970 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 67 | Rosemarie Sousa | 7/31/1959 | MA | District of Massachusetts | No | Weymouth Water Department (MA4336000) | No | Kidney Cancer | 1-9 |
| 68 | Kelly Spain | 3/12/1983 | CA | Northern District of California | No | San Jose Water (CA4310011) | No | Ulcerative Colitis | 1-9 |
| 69 | James Sparks | 9/11/1955 | KY | Western District of Kentucky | No | Owensboro Municipal Utilities (KY0300336) | No | Ulcerative Colitis | 1-9 |
| 70 | David Spigner | 2/7/1982 | NC | Middle District of North Carolina | No | City of Durham (NC0332010) | No | Kidney Cancer | 1-9 |
| 71 | Philip Stein | 4/12/1972 | FL | Southern District of Florida | No | City Of Coconut Creek (FL4061584) | No | Ulcerative Colitis | 1-9 |
| 72 | Antal Steinbach | 12/28/1973 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 73 | George A. Stoeber | 9/14/1961 | WI | District of South Carolina | Yes | Beaufort-Jasper Water and Sewer Authority (SC0720003) | No | Ulcerative Colitis | 1-9 |
| 74 | Mark Stone | 11/19/1967 | GA | Northern District of Georgia | No | City of Calhoun (GA1290000) | No | Kidney Cancer | 1-9 |
| 75 | Rick Stoothoff | 1/17/1962 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 76 | Theresa Storms | 6/19/1957 | NJ | District of New Jersey | No | Ridgewood Water (NJ0251001) | No | Kidney Cancer | 1-9 |
| 77 | Danny Stout | 8/5/1946 | IL | Southern District of Illinois | No | Collinsville Water Department (IL1194280) | No | Kidney Cancer | 1-9 |
| 78 | Joseph A Strickling | 10/9/1988 | SC | District of South Carolina | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 79 | Nancy Suber | 7/23/1958 | FL | Middle District of Florida | No | Charlotte County Utilities (FL5084100) | No | Kidney Cancer | 1-9 |
| 80 | JoAnn Sullivan | 12/20/1950 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 81 | Stefini Summers | 4/11/1986 | DE | District of Delaware | No | Water Authority Of Western Nassau (NY2902830) | No | Ulcerative Colitis | 1-9 |
| 82 | Scott Sundstrom | 9/1/1960 | NJ | District of New Jersey | No | NJ American Water - Atlantic County (NJ0119002) | No | Kidney Cancer | 1-9 |
| 83 | Robert Surlow | 12/5/1950 | CA | Central District of California | No | Santa Clarita Valley W.A. - Santa Clarita (CA1910017) | No | Kidney Cancer | 1-9 |
| 84 | Gary Swartz | 1/14/1959 | NJ | District of New Jersey | No | Pitman Water Department (NJ0815001) | No | Kidney Cancer | 1-9 |
| 85 | Dawn Szabo | 1/13/1972 | CA | Southern District of California | No | Lakeside Wd (CA3710013) | No | Kidney Cancer | 1-9 |
| 86 | Doris Mae Szalejko | 2/27/1951 | NJ | District of New Jersey | No | Deptford Township Municipal Utilities Authority (NJ0802001) | No | Kidney Cancer | 1-9 |
| 87 | Tobias Tafoya | 12/8/1978 | CO | District of Colorado | No | City of Aurora (CO0103005) | No | Testicular Cancer | 1-9 |
| 88 | Susan Talk | 12/30/1960 | CA | Eastern District of California | No | Cal Water Service - Oroville (CA0410005) | No | Kidney Cancer | 1-9 |
| 89 | Andrea Tavares | 11/16/1956 | FL | Southern District of Florida | No | Miramar Public Utilities (FL4060925) | No | Kidney Cancer | 1-9 |
| 90 | Ryan Teele | 5/21/1983 | PA | Eastern District of Pennsylvania | No | East Greenville Boro Water Dept. (PA1460023) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 91 | Helen Thomas | 12/7/1949 | FL | Southern District of Florida | No | City of Fort Lauderdale (FL4060486) | No | Kidney Cancer | 1-9 |
| 92 | Jeremy Thomas | 12/10/1985 | TN | Middle District of Tennessee | No | Maury County Water System (TN0000770) | No | Testicular Cancer | 1-9 |
| 93 | Eric Thornton | 6/15/2000 | AL | Middle District of Alabama | No | Phenix City Utilities (AL0001142) | No | Ulcerative Colitis | 1-9 |
| 94 | Sean Tomlinson | 1/17/1981 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Testicular Cancer | 1-9 |
| 95 | Gina Toon | 6/28/1956 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 96 | Michael Topinka | 10/8/1977 | NJ | District of New Jersey | No | Ridgewood Water (NJ0251001) | No | Kidney Cancer | 1-9 |
| 97 | Regina Folston | 10/21/1968 | FL | District of New Jersey | No | Verona Water Department (NJ0720001) | No | Ulcerative Colitis | 1-9 |
| 98 | Michael Trautwein | 6/4/1955 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| 99 | Christopher Treber | 1/14/1965 | DE | District of Delaware | Yes | Newark Water Department (DE0000630) | No | Kidney Cancer | 1-9 |
| 100 | Jeremy Triana | 8/17/1984 | FL | Southern District of Florida | No | City Of Miami Beach (FL4130901) | No | Testicular Cancer | 1-9 |
| 101 | Mary True | 11/13/1967 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Ulcerative Colitis | 1-9 |
| 102 | Catherine Tupper | 8/12/1951 | NJ | District of New Jersey | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 103 | Steven Turnbow | 3/6/1984 | TX | Southern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 104 | Glenn Phillip Turner | 11/27/1971 | AL | Southern District of Alabama | No | Helena Utility Board (AL0001157) | No | Kidney Cancer | 1-9 |
| 105 | Matt Tychsen | 4/30/1993 | UT | District of Utah | No | Summit Water Distribution Company (UTAH22059) | No | Testicular Cancer | 1-9 |
| 106 | Andrew Tye | 9/25/1981 | OR | Central District of California | No | City of Tustin (CA3010046) | No | Testicular Cancer | 1-9 |
| 107 | Judi Urquhart | 12/30/1946 | CA | Eastern District of California | No | Cal Water Service - Oroville (CA0410005) | No | Kidney Cancer | 1-9 |
| 108 | Joe Valenzuela | 6/1/1969 | TX | Western District of Texas | No | City Of Elgin (TX0110002) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 109 | James Vandergrift | 3/19/1983 | WV | Southern District of West Virginia | No | City of Vienna (WV3305411) | No | Kidney Cancer | 1-9 |
| 110 | Miguel Vasquez | 8/7/1971 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 111 | Gino Viele | 9/20/1986 | IL | Northern District of Illinois | No | City Of Coconut Creek (FL4061584) | No | Ulcerative Colitis | 1-9 |
| 112 | Angel Vigo | 8/12/1979 | FL | Southern District of Florida | No | Miramar Public Utilities (FL4060925) | No | Kidney Cancer | 1-9 |
| 113 | Guadalupe Villapando | 5/8/2003 | CA | Central District of California | No | San Bernardino City (CA3610039) | No | Ulcerative Colitis | 1-9 |
| 114 | Jordan Vissers | 11/23/1991 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 115 | Jason Vogt | 6/10/1980 | MD | District of Maryland | No | City of Baltimore (MD0300002) | No | Testicular Cancer | 1-9 |
| 116 | Caleb Waddey | 10/6/1996 | TN | Eastern District of North Carolina | No | City of Raleigh (NC0392010) | No | Ulcerative Colitis | 1-9 |
| 117 | Thomas Wagnecht | 6/18/1944 | CA | Central District of California | No | City of Arcadia (CA1910003) | No | Kidney Cancer | 1-9 |
| 118 | Jerry Walker | 6/5/1964 | AR | Western District of Arkansas | Yes | City of Fountain (CO0121275) | No | Kidney Cancer | 1-9 |
| 119 | Jonathan D. Wallace | 9/17/1980 | AL | Northern District of Alabama | No | Decatur Board of Municipal Utilities (AL0001084) | No | Ulcerative Colitis | 1-9 |
| 120 | Terry Waller | 3/25/1945 | AL | Middle District of Alabama | No | Valdosta (GA1850002) | No | Kidney Cancer | 1-9 |
| 121 | Rome Walsh | 10/14/1976 | CO | District of Arizona | No | City Of Tempe (AZ0407100) | No | Ulcerative Colitis | 1-9 |
| 122 | Joey Wambold | 1/16/1988 | PA | Eastern District of Pennsylvania | No | Warminster Municipal Authority (PA1090069) | No | Kidney Cancer | 1-9 |
| 123 | Devon Wanderon | 1/6/1990 | WA | Middle District of Florida | No | Naples Water Department (FL5110198) | No | Ulcerative Colitis | 1-9 |
| 124 | Matthew Waning | 2/20/1987 | MA | District of Massachusetts | No | Lawrence Water Works (MA3149000) | No | Testicular Cancer | 1-9 |
| 125 | Donald Ward | 3/25/1939 | NC | Eastern District of North Carolina | No | City Of Grand Prairie (TX0570048) | No | Kidney Cancer | 1-9 |
| 126 | Karen Ward | 4/16/1962 | SC | District of South Carolina | No | Summerville CPW (SC1810003) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 127 | Trevor Ward | 5/21/1989 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Testicular Cancer | 1-9 |
| 128 | Charlie Warrick | 1/15/1958 | NC | Eastern District of North Carolina | No | City Of Wilson (NC0498010) | No | Kidney Cancer | 1-9 |
| 129 | Phil Way | 7/11/1962 | FL | Middle District of Florida | No | Charlotte County Utilities (FL5084100) | No | Kidney Cancer | 1-9 |
| 130 | Mary A Wells | 1/31/1971 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 131 | Alixandria Werlang | 3/11/2002 | MD | District of Maryland | No | Town Of Thurmont (MD0100023) | No | Ulcerative Colitis | 1-9 |
| 132 | Steven Werts | 8/21/1973 | NY | Western District of New York | No | Philadelphia Water Department (PA1510001) | No | Ulcerative Colitis | 1-9 |
| 133 | Brittany Wessel | 5/28/1983 | UT | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Ulcerative Colitis | 1-9 |
| 134 | James C West | 7/20/1964 | AL | Southern District of Alabama | No | Centre Water & Sewer Board (AL0000188) | No | Kidney Cancer | 1-9 |
| 135 | Alexander Westphal | 9/10/1989 | NJ | District of New Jersey | No | East Brunswick Township Water Utility (NJ1204001) | No | Testicular Cancer | 1-9 |
| 136 | Elise Wexler | 3/28/1985 | GA | District of New Jersey | No | NJ American Water - Atlantic County (NJ0119002) | No | Ulcerative Colitis | 1-9 |
| 137 | Barbara Ann White | 9/15/1969 | IL | Central District of Illinois | No | Rock Island (IL1610650) | No | Kidney Cancer | 1-9 |
| 138 | Daniel White | 3/2/1975 | OK | Western District of Oklahoma | No | Bethany (OK2005519) | No | Ulcerative Colitis | 1-9 |
| 139 | Patchett White | 4/21/1969 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 140 | James Adam Whitley | 9/17/1982 | AL | Middle District of Alabama | No | Birmingham Water Works (AL0000738) | No | Testicular Cancer | 1-9 |
| 141 | Frank Widdifield Sr. | 11/25/1960 | CA | Eastern District of California | No | Bridgeton City Water Department (NJ0601001) | No | Kidney Cancer | 1-9 |
| 142 | Al-Tariq Williams | 11/14/1976 | CA | Central District of California | No | City Of Wilson (NC0498010) | No | Ulcerative Colitis | 1-9 |
| 143 | Bruce Williams | 3/12/1953 | NJ | District of New Jersey | No | City of Camden (NJ0408001) | No | Kidney Cancer | 1-9 |
| 144 | Eric Williams | 11/24/1973 | FL | Middle District of Pennsylvania | No | Veolia Water PA - Dallas (PA2400076) | No | Kidney Cancer | 1-9 |